United States District Court
Southern District of Texas
**ENTERED**
July 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MCKAYLA R. SHELTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-4511 |
| | § | |
| LAKEVIEW LOAN SERVICING, | § | |
| LLC & LOANCARE LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Order entered on this date, Plaintiff's

action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

SIGNED at Houston, Texas, on this **23** day of July, 2026.

DAVID HITTNER
United States District Judge